

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00267-CR

Sean **EARL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR4828W
Honorable Jennifer Pena, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we MODIFY the trial court's judgment to delete the $1,000.00 fine. We AFFIRM the trial court's judgment AS MODIFIED.

SIGNED July 20, 2022.

_____
Rebeca C. Martinez, Chief Justice